

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS

ENTERED
10/31/2019

IN RE:  
Michael R Hudson

CASE NO. 14–33815  
CHAPTER 13

    Debtor(s)

# ORDER TO DEPOSIT FUNDS INTO THE COURT REGISTRY

The following motion is GRANTED:

*82* – Motion to Deposit Funds into the Court Registry Filed by Trustee William E. Heitkamp (Attachments: # 1 Proposed Order) (Heitkamp, William)

These unclaimed funds may be deposited into the Registry of the Court:

    Amount: $ 18,218.40  
    Owed to: WELLS FARGO OPERATIONS CENTER

Signed and Entered on Docket: 10/31/19.

by: <u>Kristy Love</u>  
Deputy Clerk

This Order is signed for the Court by the Clerk under authority of 28 U.S.C. § 956 and General Order No. 2000–3.